UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 19-8747 MWF (PJWx)**                                             Date:  July 14, 2020

Title   **Marilyn Kidd-Brier, et al. v. C. R. Bard, Inc., et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On May 29, 2020, the Court filed an Order Re: Motion to Withdraw as Counsel of Record ("Withdrawal Order") which permitted attorney Tracie Palmer to withdraw as counsel of record for Plaintiffs Marilynn Kidd-Brier and Christopher L. Brier.  (Docket No. 114).  On June 1, 2020, Ms. Palmer filed a Proof of Service of the Withdrawal Order and was terminated on the docket.  (Docket No. 115).  On June 29, 2020, Plaintiff Marilyn Kidd-Brier filed an Application for Permission (for Pro Se Litigant) for Electronic Filing.  (Docket No. 116).  On June 30, 2020, the Court granted Plaintiff Kidd-Brier's Application and filed its Order Re Application for Permission for Electronic Filing.  (Docket No. 117).  That same day, the Court also filed its Self-Representation Order.  (Docket No. 118).

The Court notes that the only information it has for Plaintiff Christopher Brier is an email address.  Local Rule 41-6 states:

> *L.R. 41-6  Dismissal – Failure of Pro Se Plaintiff to Keep Court Apprised of Current Address.*  A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and email address, if any.  If mail directed by the Clerk to a *pro se* plaintiff's address of record is

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 19-8747 MWF (PJWx)**                                Date:  July 14, 2020

Title          **Marilyn Kidd-Brier, et al. v. C. R. Bard, Inc., et al.**

returned undelivered by the Postal Service and, if within fifteen (15) days of the service date, such plaintiff fails to notify, in writing the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

The Court **ORDERS** Plaintiffs Marilyn Kidd-Brier and Christopher L. Brier to each file a Notice of Mailing Address, Telephone Number and Email Address **NO LATER THAN JULY 31, 2020.**  Failure to comply may result in dismissal of this action for non-compliance with the Local Rules and this Court's orders.

The Clerk shall email a copy of this Order to Plaintiffs at the email addresses listed on the Proof of Service filed by attorney Palmer on June 1, 2020.

Initials of Preparer:  RS/sjm