UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 19-8747 MWF (PJWx)**                                   Date:  June 13, 2022

Title   **Marilyn Kidd-Brier and Christopher L. Brier v. C R Bard, Inc., et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On May 17, 2022, the Court issued an Order requiring Defendants to file a Joint Status Report or unilateral Status Report no later than June 10, 2022. (Docket No. 138).  In response to that Order, Defendants filed a unilateral Status Report.  (Docket No. 139).  In that Status Report, Defendants explain their understanding of the current status of the case and their efforts to communicate with Plaintiff Christopher L. Brier since May 11, 2022.

In light of Defendants' unilateral Status Report, the Court **ORDERS** Plaintiff Christopher L. Brier to **SHOW CAUSE** in writing why the Court should not dismiss this action.  Plaintiff's written response shall be filed no later than **JUNE 27, 2022.**  The Court elects not to set a hearing since Plaintiff resides in Henderson, Nevada.  However, should Plaintiff fail to timely respond to this Order, the Court will deem that failure as abandonment of this case and the matter will be dismissed.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm